Max Stein, Appellant, v. Joseph A. Opry and William J. Opry, Respondents.— Order reversed, with ten dollars costs and disbursements, upon the authority of Watt v. Feltman (111 App. Div. 314).   Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Howard Sutphin, Respondent, v. The New York Times Company, Appellant. — Judgment and order unanimously affirmed, with costs, on the authority of Sutphin v. New York Times Co. (ante, p. 487), decided herewith.   Present — Hirschberg, P. J., Jenks, Burr, Rich and Carr, JJ.

William H. Sweet, Respondent, v. Martha J. Marsh and Mary E. Benedict, Appellants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

William Tonkin, Respondent, v. James Rollo and George J. Meyer, Appellants.— Judgment of the Municipal Court reversed and new trial ordered, without costs, upon the ground that there is no evidence of the value of plaintiff's services.   Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

John E. Van de Carr, Respondent, v. Press Publishing Company, Appellant. — The plaintiff herein having died since the argument of this appeal, the appeal is discontinued, without costs to either party.   Present — Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ.

Samuel Weltman and Isaac Pollack, Appellants, v. Electrical Audit and Rebate Company, Respondent.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, because of error in excluding testimony offered by the plaintiffs as to the alleged fraudulent representations of the defendant's agents.   Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Marijona Wilkewich, Respondent, v. Klemens Wilkewich, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Julia F. Arnold, Respondent, v. Village of North Tarrytown, Appellant.— Motion for leave to appeal to the Court of Appeals granted.   Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

Asher H. Berg, Respondent, v. Joseph Kaiser and Others, Appellants.— Motion for reargument denied, with ten dollars costs.   Present — Woodward, Jenks, Burr, Thomas and Carr, JJ.

John Boyle & Company, Respondent, v. Johann L. Emil Schueler, Appellant.— Motion denied on condition that the defendant perfect his appeal within twenty days, place the case upon the calendar and be ready for argument when reached.   Otherwise motion granted, with ten dollars costs.   Present — Jenks, Burr, Thomas, Rich and Carr, JJ.